IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SASHA WINDHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-CV-759-L-BN** |
| | § | |
| **REGIONAL ACCEPTANCE CORPORATION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On August 10, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 11) ("Report") was entered, recommending that the court dismiss without prejudice this action pursuant to Federal Rule of Civil Procedure 41(b) because of Plaintiff's failure, despite warnings, to comply with court orders and prosecute. No objections to the Report were filed, and the deadline for asserting objections has expired.

Having considered the pleadings, file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action under Rule 41(b) as a result of Plaintiff's failure to comply with court orders and prosecute.

**It is so ordered** this 1st day of September, 2022.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Page 1